JUSTICE BREYER would deny the application to vacate the stay of execution.

No. 03–10808 (03A1011). OKEN v. MARYLAND. Ct. App. Md. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

JUNE 17, 2004

No. 03–10888 (03A1031). OKEN v. MARYLAND. Cir. Ct. Baltimore County, Md. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

No. 03–10908 (03A1034). OKEN v. MARYLAND. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari before judgment denied. JUSTICE SCALIA took no part in the consideration or decision of this application and this petition.

JUNE 21, 2004

No. 03–109. VENEMAN, SECRETARY OF AGRICULTURE, ET AL. v. MONTANA WILDERNESS ASSN., INC., ET AL.; and
No. 03–123. BLUE RIBBON COALITION, INC., ET AL. v. MONTANA WILDERNESS ASSN., INC., ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and cases remanded for further consideration in light of *Norton* v. *Southern Utah Wilderness Alliance, ante,* p. 55. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

No. 03–1015. BANK AUSTRIA AG ET AL. v. SNIADO ET AL. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *F. Hoffmann-La Roche Ltd* v. *Empagran S. A., ante,* p. 155. ▇▇▇▇▇▇▇▇▇

No. 02–1703. UTAH SHARED ACCESS ALLIANCE ET AL. v. SOUTHERN UTAH WILDERNESS ALLIANCE ET AL. C. A. 10th Cir. The Court reversed the judgment below in *Norton* v. *Southern*